935 A.2d 1272

**James E. BOONE, Petitioner,**

v.

**Thomas CORBETT, Attorney General for the Commonwealth of Penna, James T. Wynder, Superintendent at Sci at Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.**

**No. 161 EM 2007.**

Supreme Court of Pennsylvania.

Nov. 2, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of November, 2007, the Application for Leave to File Original Process is granted and the Writ of Habeas Corpus is denied.

935 A.2d 1273

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Anthony LOCKE, Petitioner.**

**No. 159 EM 2007.**

Supreme Court of Pennsylvania.

Nov. 2, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of November, 2007, the Petition for Leave to File Reconsideration Out of Time is denied.